986 A.2d 48

COMMONWEALTH of Pennsylvania, Respondent

v.

Aqeel JOHNSON, Petitioner.

No. 136 EM 2009.

Supreme Court of Pennsylvania.

Dec. 21, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of December, 2009, the Petition for Extension of Time to File a Petition for Allowance of Appeal, treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.